FAITH MILLER, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, JEREMY STRAHIN, JR.

VERSUS

MORTEZA SHAMSNIA, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY AND ABC INSURANCE COMPANY

C/W

ASHLEIGH HOLLOWAY

VERSUS

MORTEZA SHAMSNIA, REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY AND ABC INSURANCE COMPANY

NO. 24-CA-100
C/W 24-CA-101

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

---

January 24, 2025

Linda Wiseman

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**REHEARING DENIED**

**MEJ**
**JGG**
**SUS**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Wiseman

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/24/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 24-CA-100

### C/W 24-CA-101

**E-NOTIFIED**

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (District Judge)
George D. Fagan (Appellant)          Neal J. Favret (Appellee)          Rene S. Paysse, Jr. (Appellee)

**MAILED**

Karen E. Futch (Appellee)
Attorneys at Law
1100 Poydras Street
Suite 1700
New Orleans, LA 70163

Angela C. Imbornone (Appellee)
Dean J. Favret (Appellee)
Lauren A. Favret (Appellee)
Seth H. Schaumburg (Appellee)
Attorneys at Law
1515 Poydras Street
Suite 1400
New Orleans, LA 70112

Alan J. Yacoubian (Appellee)
Donald R. Klotz, Jr. (Appellee)
Attorneys at Law
701 Poydras Street
Suite 4700
New Orleans, LA 70139